Paul W. Waggoner
Richmond & Quinn, PC
360 K Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
pwaggoner@richmondquinn.com

Attorneys for Defendant
Central Peninsula General Hospital, Inc.
dba Central Peninsula Hospital

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN K. GALLE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; CENTRAL PENINSULA GENERAL HOSPITAL, INC., dba CENTRAL PENINSULA HOSPITAL; DWIGHT E. GURLEY, M.D.; MICHAEL G. MULLOWNEY, M.D.; and JESSE J. KINCAID, M.D., <br><br> Defendants. | Case No. 3:16-cv-00238-HRH |

## STIPULATION FOR DISMISSAL

The parties to this case have agreed to a global settlement of this entire case, for the purpose of closing this litigation and all future litigation between any of the parties (including their agencies, agents, employers and employees) arising out of the matters alleged in the Complaint, including all claims, counterclaims, and cross claims that were

brought or could have been brought. Accordingly, the parties stipulate that this case be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATE: 4/25/17

Eric L. Webb
Webb & Beecher
Attorneys for Plaintiff

DATE: 4/26/17

David H. Shoup (Bar No. 8711106)
Tindall Bennett & Shoup, PC
Attorneys for Dwight E. Gurley, MD and Michael G. Mullowney, MD

DATE: 4/26/2017

John J. Tiemessen (Bar No. 9111105)
Clapp Peterson Tiemessen Thorsness & Johnson
Attorneys for Jessie J. Kincaid, MD

DATE: 5/4/2017

Paul W. Waggoner (Bar No. 7705070)
Richmond & Quinn PC
Attorneys for Central Peninsula General Hospital d/b/a Central Peninsula Hospital

DATE: 4/27/2017

Sara T. Gray (Bar No. 0107048)
Assistant US Attorney
Attorney for United States of America

Stipulation for Dismissal
Galle v. USA, et al.; Case No. 3:16-cv-00238-HRH
Page 2 of 3

Case 3:16-cv-00238-HRH   Document 25   Filed 05/05/17   Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5 day of May 2017, a copy of the foregoing was served by ECF on the parties registered to receive electronic notices.

By: s/ Paul W. Waggoner
      RICHMOND & QUINN

I:\2228\013\GEN\STIPULATION FOR DISMISSAL.docx