IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN K. GALLE,

          Plaintiff,

vs.

UNITED STATES OF AMERICA, et al.,

          Defendants.

No. 3:16-cv-0238-HRH

O R D E R

Case Dismissed

Based upon the parties' *Stipulation for Dismissal*,[1] filed May 5, 2017,

IT IS ORDERED that the above captioned case is dismissed with prejudice, in its entirety, including all claims, counterclaims and cross-claims that were brought or could have been brought, the parties to bear their respective fees and costs.

DATED at Anchorage, Alaska, this  8th  day of May, 2017.

          /s/ H. Russel Holland
          United States District Judge

---

[1] Docket No. 25.

Order – Case Dismissed        - 1 -